Official Form 417A (12/18)

**Filed By The Court**
**06/09/23 3:35 p.m.**
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Katina Turki

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ❑ Creditor
   ❑ Trustee
   ❑ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Sustaining Landlords objection to Debtors Certification Regarding Stay.

2. State the date on which the judgment, order, or decree was entered: 06/09/2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Sterling Enterprise    Attorney: Shawn French The French Law Firm,
   Marcy Betzer                             843-606-6440
                                            shawn@thefrenchlawfirm.com

2. Party: Goose Creek Magistrate  Attorney: 303 B. North Goose Creek Blvd
                                            courtney.sanchez@berkeleycountysc.gov

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_/s/ Katina Turki_   Date: __06/09/2023__
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
 Katina Turki 153 843-593-5662
     153 pine shadow drive Goose Creek 29445

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Katina Turki
843-593-5662

| Filed By The Court |
|---|
| 06/09/23 3:35 p.m. |
| U.S. BANKRUPTCY COURT |
| DISTRICT OF SOUTH CAROLINA |

I am writing to request a jury for my appeal case .

I request a jury trial because I believe that a jury of my peers will be better able to evaluate the evidence and make a fair and impartial decision. A jury trial will also allow me to present my case in a more comprehensive manner and will ensure that all relevant facts are taken into consideration.

I respectfully request that you grant my request for a jury trial and schedule the trial as soon as possible. I look forward to presenting my case before a jury of my peers and am confident that justice will be served.

Thank you for your attention to this matter.



# Affidavit of Katina Turki

| | |
|---|---|
| State of | Nevada |
| County of | Clark |

**Filed By The Court**
06/09/23 3:35 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Katina Turki, being duly sworn deposes and states as follows under penalty of perjury:

1. My name is Katina Turki, I am presently 45 years old, and my current address of residence is 153 Pine Shadow Dr, Goose Creek, South Carolina 29445.

2. The purpose of this Affidavit is to appeal the judgment of possession or eviction against me

3. I believe that the judgment was made in error. I would like to bring to your attention several points that were not taken into consideration during the original hearing.

   Firstly, I did attach the judgment of possession or eviction against me, and I also filed a certificate of service to the Landlord, as required by law. Furthermore, I submitted the rent payment to the Court as instructed.

   Secondly, I would like to emphasize that the documentation provided in support of the eviction was not reviewed by the Bankruptcy court. This oversight may have contributed to the erroneous judgment.

   Thirdly, I would like to point out that the Landlord did not provide a total amount that needed to be sent to the Court. This lack of clarity may have contributed to my failure to comply with the court's requirements.

   Finally, I must remind the court that an appeal is still open in the circuit court, and therefore the eviction cannot continue until the matter is resolved.

   In light of these points, I respectfully request that the judgment of possession or eviction be overturned. I believe that a fair and just decision can be reached if all the above-mentioned factors are taken into consideration.

I hereby swear or affirm that the information above is true accurate and complete to the best of my knowledge, and that no relevant information has been omitted.

Dated:
06/09/2023

Signature of Individual: *Katina Turki*

Notary Public  *Yahuei Hsu*

Title And Rank
Notary Public

Date Of Commission Expiry
06/19/2024

YAHUEI HSU
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 20-3554-01
Expires June 19, 2024
Online Notary Center

Notarial Act performed by Audio-Video Communication